In the Matter of the Claim of JAMES SCOTT, Respondent, v. TOWN OF NORTH HEMPSTEAD et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Bergan,
P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.